Law Offices of Charles F. Bourdon
CHARLES F. BOURDON, SBN 84782
179–11th Street, 2nd Floor
San Francisco, CA 94103
Tel: (415) 864-5100
Fax: (415) 865-0376

Attorney for Defendant
**GUO YING LU**

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GUO YING LU,<br><br>Defendant. | **CR. No. 2:06-CR-0337 EJG**<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

**THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:**

Defendant Guo Ying Lu's sentencing hearing is presently scheduled for September 9, 2011, at 10:00 a.m. The parties have agreed to continue the hearing to a future date to afford defendant additional time to adequately prepare for the hearing. This additional time is necessary because of the schedule of defense counsel.

The parties hereby stipulate and agree that the change of plea hearing scheduled for September 9, 2011, at 10:00 a.m. be continued to October 14, 2011, at 10:00 a.m. The parties therefore request that the Court vacate the September 9, 2011 sentencing hearing date, and schedule a new sentencing date on October 14, 2011 or such a date thereafter as may be convenient for the Court. The parties further agree that the matter be continued based on the

1

need for effective preparation and continuity of counsel, as defense counsel is expected to be in trial from August 15-26, 2011, in a muti-codefendant preliminary examination from September 6-9, 2011, in trial from September 12-16, in a separate multi-codefendant preliminary examination from September 19-23, and an additional jury trial from September 26, 2011 through the first full week of October 2011.

The parties further stipulate and agree, pursuant to defense counsel's agreement with United States Probation Officer Linda Alger and in light of the newly proposed sentencing date, that the schedule with regard to the Presentence Report (PSR) objections and corrections be modified to the following dates, which are in accordance with Federal Rule of Criminal Procedure 32 and Eastern Federal District of California Rule 460:

Sept. 16, 2011   Deadline for Defendant's & Government's initial objections to the PSR.
Sept. 23, 2011   Deadline for Probation Officer's filing of PSR with the Court.
Sept. 30, 2011   Deadline for Defendant's & Government's formal objections to the PSR.
Oct. 7, 2011     Deadline for Defendant's & Government's reply memoranda.

IT IS SO STIPULATED:

Dated: August 10, 2011                    /s/ Charles F. Bourdon
                                          By: CHARLES F. BOURDON
                                          Attorney for Defendant
                                          GUO YING LU


Dated: August 11, 2011                    /s/ Heiko P. Coppola
                                          By: HEIKO P. COPPOLA
                                          Attorney for Plaintiff

**[PROPOSED] ORDER**

Based on stipulation of the parties, the Court hereby vacates the September 9, 2011 sentencing hearing and sets a new change of sentencing date for 10:00a.m. on October 14, 2011.

Based on stipulation of the parties, the Court hereby modifies the currently existing disclosure and filing schedule with respect to the Presentence Report (PSR) to the following schedule:

Sept. 16, 2011 Deadline for Defendant's & Government's initial objections to the PSR.
Sept. 23, 2011 Deadline for Probation Officer's filing of PSR with the Court.
Sept. 30, 2011 Deadline for Defendant's & Government's formal objections to the PSR.
Oct. 7, 2011 Deadline for Defendant's & Government's reply memoranda.

IT IS SO ORDERED.

DATED: August 23, 2011 /s/ Edward J. Garcia
THE HON. EDWARD J. GARCIA
United States District Judge