# LAW OFFICE OF PATRICK K. HANLY
## MEMORANDUM *AND* ORDER

**TO:** Colleen Lydon
Courtroom Clerk To the Honorable
Edward J. Garcia

**FROM:** Patrick K. Hanly, Attorney for Defendant Jian Liang

**DATE:** May 17, 2012

**RE:** U.S. v. Liang, CR S 06-337 and 06-390 EJG
Continuance of Judgment and Sentencing



**FILED**

MAY 17 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

---

The above matter is scheduled for judgment and sentencing on June 29, 2012. The following new proposed sentencing schedule is offered by the government and defendant:

Judgment and Sentencing date: **9/28/2012**

Reply or Statement of Non-opposition to be filed no later than **09/21 /2012**

Motion for Correction of the presentence report shall be filed with the Court and served on the probation officer and opposing counsel no later than: **09/14/2012**

The pre-sentence report shall be filed with the Court and disclosed to counsel no later than: **09/07/20/12**

Counsel's written objections to the presentence report shall be delivered to the probation officer and opposing counsel no later than: **08/31/2012**

The proposed presentence report shall be disclosed to counsel no later than: **08/17/2012**

cc: Heiko Coppola– AUSA, Linda Alger, USPO

IT IS SO ORDERED

*[signature]*

5/17/12