UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

AUG 22 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

**MEMORANDUM AND ORDER**

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                              RE:    Jian Hong LIANG 2:06cr0390-06
                                      Docket Number:   2:06CR00337-07
                                                     ~~2:06CR00360-04~~

                                        **CONTINUANCE OF JUDGMENT**
                                        **AND SENTENCING; ORDER**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from 09/28/2012 to 11/16/2012 at 10am. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** The probation officer was out of the office on annual leave and could not prepare the presentence report.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                                                      Respectfully submitted,

                                                      LINDA L. ALGER
                                              Senior United States Probation Officer

**REVIEWED BY:**                   
                              HUGO ORTIZ
                              Supervising United States Probation Officer

Dated:        August 17, 2012
                Sacramento, California
                LLA

RE: Jiang Hon LIANG
Docket Number: 2:06CR00337-01 and 2:06CR00390-01
**CONTINUANCE OF JUDGMENT AND SENTENCING; ORDER**

Attachment

cc: Clerk, United States District Court
United States Attorney's Office
United States Marshal's Office
Federal Defender (If defense counsel is court-appointed)
Probation Office Calendar clerk

✓ Approved

_____  7/24/12
EDWARD J. GARCIA
**Senior United States District Judge**   **Date**

___ Disapproved

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Docket Number: 2:06CR00337-07 |
| **Plaintiff,** | 2:06CR00360-01 |
| vs. | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| **Jian Hong LIANG** | |
| **Defendant.** | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 11/16/2012 @ 10am |
| Reply, or Statement of Non-Opposition: | 11/09/2012 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 11/02/2012 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 10/26/2012 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 10/19/2012 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 10/05/2012 |